# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2011

142842 & (53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KENNETH ADMIRE,
     Plaintiff-Appellee/Cross-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
     Defendant-Appellant/Cross-Appellee.

SC: 142842
COA: 289080
Ingham CC: 07-001752-NF

_____/

     On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether, or to what extent, the defendant is obligated to pay the plaintiff personal protection insurance benefits under the no-fault act, MCL 500.3101 *et seq.*, for handicap-accessible transportation. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2011

Clerk

h0920